

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DIANA JORDAN,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RICHLAND COUNTY FAMILY COURT,<br>　　　　　Defendant. | §<br>§<br>§<br>§　Civil Action No. 3:20-03540-MGL<br>§<br>§<br>§<br>§ |

## ORDER DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PAY THE FILING FEE

Plaintiff Diana Jordan (Jordan), proceeding pro se, filed this action against the Richland County Family Court for allegedly providing a sealed family court case to probate court.  The Court, on July 22, 2021, adopted the Report and Recommendation (Report) of the Magistrate Judge and denied Jordan's motion to proceed in forma pauperis.  The Court, in that Order, also noted "Jordan shall have until Thursday, August 5, 2021, to pay the full filing fee in this matter ($402)" and "[f]ailure to pay the filing fee by August 5, 2021, will result in the dismissal of this matter without prejudice."  July 22, 2021, Order.

As of today, August 9, 2021, Jordan has failed to pay the full filing fee.  Consequently, Jordan's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed this 9th day of August 2021, in Columbia, South Carolina.

                                                    s/ Mary Geiger Lewis
                                                    MARY GEIGER LEWIS
                                                    UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.