AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Diana Jordan,<br>*Plaintiff*<br>v.<br><br>Richland County Family Court,<br><br>*Defendant* | Civil Action No.  3:20-cv-03540-MGL-SVH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Diana Jordan, shall take nothing of the defendant, Richland County Family Court and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, dismissing the Complaint for failure to pay the filing fee.

Date:  August 8, 2021                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                   s/L. Baker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*